UNITED STATES Courthouse
200 N.W. 4th St. STE-1210#
Oklahoma City, OK 73102

FILED
MAY 12 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

MY NAME IS ("DALE WAYNE SEAMAN" "548720") i AM BEING Housed At (Lawton GEO inc) Prison! Housing unit 9B103 * My ("HUMAN Rights") AS WELL AS My ("CIVIL Rights") HAVE BEEN (VIOLATED) ON A (DAILY)!!! (My 5th/6th/8th AND 14th) AMENDMENT Rights!!!

SENSE ("GEO INC Prison") HAS AN AGREEMENT with OKLAHOMA DOC to ("HOUSE") STATE ("Prisoners") / THEY (GEO INC ARE ~~ELEGABLE~~ ELGIBLE For This 1983 Civil Suit!!!

—I was jailed ("August 2020") Garfield ("Enid") OK. 73701"! I was (informed) i Had ("Hepatitis-C") AND would (NEED) treatment!!! At ("Lexington Receiving") CENTER (i) WAS (ALSO) informed of My (DISEASE) Through MORE (MEDICAL) Screening!!! I (RECEIVED) NO-MEDICAL TREATMENT or CARE!!! I (Should) HAVE BEEN (PLACED) ON PRISON ("COMPUTER") ("CHRONIC CARE LIST")!!! I (ALSO) SHOULD HAVE BEEN (TRANSFERED") TO A (Prison) that gives / Allows (SUCH) MEDICAL TREATMENT that VIOLATES My 4th/5th/6th/8th CIVIL AMENDMENT Rights!!!

—THEN ON 1-10-25, i WROTE A (INMATE REQUEST) TO MY UNIT TEAM ("STATING") i REQUEST TO BE ("TRANSFERED") TO ANOTHER (PRISON — 1) BECAUSE (i) NEED MEDICAL TREATMENT (Lawton) DOESN'T PROVIDE 2 I FELT UNSAFE ("Physically") BECAUSE OF (All) THE VIOLENCE ("MURDERS/KILLINGS") AT LAWTON PRISON!!! ("NO-PROGRAMS") (NO-OUTSIDE REC) (COLD FOOD) ETC.— Which (ALSO) VIOLATES MY CIVIL/ HUMAN Rights — 8th/14th AMENDMENT Rights —! →

SO ON 1-17-25 4:00PM (I) D.W. SEAMAN #548720-1-E-118U) decided to take my ("PHYSICAL LIFE") into my own hands - ("I (REFUSED) to STAY (LIVE AND BE (HOUSED) in Lawton ("GENERAL POPULATION") till I felt ("UNCOMFORTABLE") on A ("QUITE") LIE BY ME - NOT ("LYING") OR ("WRITTENING") A STATEMENT —

ALL ("MY PERSONAL PROPERTY ITEMS") WHERE LOST OR THROWN AWAY!!! AS A PUNISHMENT!!! (Hair - PERSONAL LETTERS/PHOTOS/BOOKS/T.V. - BOOTS 12SIZE TIMBERLAND)*) !!! ("THE LAWTON C.E.R.T. TEAM") CONTROLS EVERY ("ASPECT") of THIS CORRUPT PRISON GEO LLC - LAWTON !!!

02- HARA (MAJ). Hail (PROPERTY Chairman) MRS TIMMS/ CAPT MYERS) —

- THESE ARE THE MAIN ("DEPARTMENT HEADS") WHO HAS ("VIOLATED") MY 5TH/6TH/8TH/14TH AMENDMENT RIGHTS !!!

I AM SEEKING (" MONETARY RELIEF FROM ("ALL") — DEFENDANTS NAMED for $10,000. EACH AND EVERY TIME THEY ("PLAYED") A PART IN (MY CIVIL/HUMAN RIGHTS BEING VIOLATED !!! AND $50,000 for THE PHYSICAL & MENTAL INJUREIES ("CAUSED") FROM ALL THEIR ABUSE/AND MISTREATMENTS IVE ("SUFFERED") — HERE AT LAWTON GEO LLC !!!

Dale Wayne Seaman
#548720     9/B/103
            Lower