IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DALE WAYNE SEAMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-25-516-SLP |
| GEO, Inc. et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Shon T. Erwin [Doc. No. 5]. The Magistrate Judge recommends that the Court dismiss this action without prejudice for Plaintiff's failure to comply with the Court's prior Order [Doc. No. 4] to file a proper Complaint, and for failure to pay the requisite filing fee. The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before July 7, 2025. [Doc. No. 5] at 4. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Accordingly, the Report and Recommendation [Doc. No. 5] is ADOPTED and this action is DISMISSED without prejudice. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 10th day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE